UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FREDDIE LEE GLOVER,

    Petitioner,

v.      Case No. 3:23-cv-375-MMH-LLL

SECRETARY, DEPARTMENT OF CORRECTIONS,

    Respondent.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner Freddie Lee Glover, an inmate of the Florida penal system, filed a Petition for Writ of Habeas Corpus (Doc. 1), on April 3, 2023. While the Petition includes Mr. Glover's name and signature, the Prisoner No. Q90154, criminal state court case (Volusia County, No. 2016-304945), and appellate case (5th District Court of Appeal, No. 5D18-3346), belong to inmate Henry Sowers. Further, the grounds for relief concern Sowers' conviction and sentence.

Glover cannot represent Sowers' interests. The general provision permitting parties to proceed pro se, see 28 U.S.C. § 1654, provides "a personal right that does not extend to the representation of the interests of others." Timson v. Sampson, 518 F.3d 870, 873 (11th Cir. 2008). Section 1654 does not

authorize nonlawyers to conduct cases on behalf of others. Accordingly, Glover may represent his own interests. However, he may not represent the interests of others regardless of whether they are current or former inmates or private citizens. Each inmate may initiate his own separate action, if he elects to do so. In doing so, each litigant will be required to follow the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of April, 2023.

_____
MARCIA MORALES HOWARD
United States District Judge

caw 4/4
c:
Freddie Lee Glover, #J46261